[No. 8277-9-I.  Division One.  December 22, 1980.]

*In the Matter of the Welfare of*
ANN M. ASHE.

PHYLLIS ASHE, *Appellant,* v. THE STATE
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. J-6642, Marshall Forrest, J., entered

September 12, 1979. *Affirmed* by unpublished opinion per Dore, J., concurred in by Callow, C.J., and James, J.